

THE CITY OF NEW YORK  DOCUMENT NO. 88595
DEPARTMENT OF HEALTH AND MENTAL HYGIENE

THIS PERMIT OR CERTIFICATE OF QUALIFICATION IS ISSUED TO THE PERMITTEE AND PREMISES OR THE CERTIFICATE HOLDER DESIGNATED HEREON. IT IS GRANTED UNDER CONDITIONS OF COMPLIANCE WITH PROVISIONS OF THE HEALTH CODE AND REGULATIONS THEREUNDER.

## PERMIT OR CERTIFICATE OF QUALIFICATION

NOT TRANSFERABLE
PERMIT NO: H05 1415355 AN
ISSUE DATE: 12/12/2011

CAMIS ID : 41633794
EXPIRATION DATE: 12/31/2013

FOOD VENDOR LICENSE
FULL TERM NEW

"IF THE PERMITTEE / LICENSEE, OR HIS EMPLOYEES OR AGENTS, REFUSE TO ANSWER QUESTIONS IN RELATION TO THIS PERMIT / LICENSE AFTER BEING GRANTED TESTIMONIAL OR USE IMMUNITY, THIS PERMIT / LICENSE MAY BE REVOKED, OR OTHER APPROPRIATE ACTION TAKEN."

GOBA, MARIE-ROSE

18 FULTON AVE APT 43
JERSEY CITY    NJ  07305

PREMISE: 18 FULTON AVE APT 43
         JERSEY CITY NJ 07305

POST CONSPICUOUSLY

NOTE: THIS DOCUMENT ONLY ENTITLES THE PERSON NAMED THEREIN TO OPERATE A PERMITTED MOBILE FOOD VENDING UNIT. THE FOOD VENDING UNIT MUST HAVE A SEPERATELY APPROVED PERMIT.

_____
COMMISSIONER OF HEALTH AND MENTAL HYGIENE