

**CITY OF JERSEY CITY**
**DEPARTMENT OF POLICE**
(201) 547-5477

## REPORT FORM

GA # _____
FILE # 13-094209
DATE 10/02/2013

***PLEASE PRINT ALL INFORMATION:
LETRA DE MOLDE

NAME/NOMBRE  Marie-Rose GoBA    ADDRESS 64 Park St # 204
PHONE/TELEFONO (201) 492-1378    Jersey City, NJ 07304

THE FOLLOWING IS A LIST OF ARTICLES STOLEN FROM MY RESIDENCE/BUSINESS.
PLEASE INCLUDE: NAME OF ARTICLE, MAKE, MODEL, SERIAL NUMBER, COLOR AND VALUE.

LO SIQUENTE ES UNA LISTA DE ARTICULOS ROBADOS DE MI RESIDENCIA/NEGOCIO.
POR FAVOR INCLUYAN: NOMBRE, DEL ARTICULO, MODELO, NUM DEL SETIAL, COLOR Y VALOR.

| ARTICLES/ARTICULOS | VALUE/VALOR |
|---|---|
| • Food Vendor License (New York state) | $103 |
| • Check book from Bank of America | $24 |
| • Copy of Lease from 64 Park St Apt 204 Residence | |
| • Receipt of Rent and Deposit payments since September w/ Application fee of $300 | $2390 |
| • Bank Statements from July, August, September 2013 at Bank of America | |
| • BJ's wholesale membership card | |
| • Jetro wholesale membership card | |
| • Original TAX Identification number document | |
| My son EUGENE KOLEA | |
| • Motor Vehicle Commission Learner's Permit (NJ) | |
| • Metropolitan Family Health Center - Dr. Lynn Gredor 1) MRI | |
| • Receipt of payment for MVC (NJ) Learner's Permit (10) 2) Radio | |
| • Jersey City Medical Center Charity Care Insurance 3) Rheumatoid Card factor | |
| • PSE+G September Bill for 64 Park St # 204 | |

VALUE OF ARTICLE CAN BE ESTIMATED IF NECESSARY. VALUE MUST BE INCLUDED ON THIS FORM AND CAN BE AMENDED AFTER ESTIMATION.

EL VALOR DEL ARTICULO PUEDE SER ESTIMADO SI'ES NECESSARIO. EL VALOR TIENE QUE SER INDICADO EN ESTA FORMA, SE PUEDE CORREGIR LA ESTAMACION DESPUES.

Y REPORTING AN INCIDENT IS A CRIME OF THE FOURTH DEGREE IN VIOLATION OF 2C:28-4 OF THE PENAL THE STATE OF NEW JERSEY.

O UN INCIDENT FALSO ES UN CRIMEN DEL CUARTO GRADO EN VIOLACION DE LA SECTION 2C:28-4 DEL DEL ESTADO DE NEW JERSEY.

___-08-2012___  SIGNATURE/SIGNATURA _____

## JERSEY CITY POLICE DEPT INVESTIGATION REPORT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **JERSEY CITY POLICE DEPT** | **2. Mun. Code** | **3. Phone Number and Ext** | | **4. UCR** | **19. Prosecutor's Case No.** | **20. Department File No.** | | ☐ Co-op |
| District: EAST | 0906 | 201-547-5408 | | | | 13-024209 | | ☑ Original |

**5. Crime / Incident:** Theft by Unlawful Taking or Disposition
**6. NJ Statute:** (1) 2C:20-3
**21. Victim (First, Middle, Last):** Maryrose Goba
**22. Phone and Ext. No.:** (201) 492-1378 ext.
**23. D.O.B / Age:** 07/27/1959  54
**24. Sex:** F
**25. Race:** BLACK

**DATE AND TIME**
- 7. Between ☑  8. Hour: 1350  9. Day: Wed  10. Month: 10  11. Date: 02  12. Year: 2013
- at ☐  8. Hour: 1430  9. Day: Wed  10. Month: 10  11. Date: 02  12. Year: 2013

**26. Victim's Address (City, State, Zip):** 64 Park St. 204 JERSEY CITY NJ 07304 (US)
**27. Employer's Address:** Self Employed

**13. Crime / Incident Location:** 192 CHRISTOPHER COLUMBUS DR JERSEY CITY NJ 07308 (US)
**14. Municipality:** JERSEY CITY
**15. County:** HUDSON
**16. Referred To:**
**28. Person Reporting Crime / Incident:** Maryrose Goba
**29. Date and Time:** 10/2/2013 14:24
**30. Address:** 64 Park St. 204 JERSEY CITY NJ 07304 (US)  Phone: (201) 492-1378

**17. Type of Premises and Code:** OFFICE BUILDING
**18. Weapons / Tools and Code:** NONE

**31. Modus Operandi / How Committed:** Unknown person took victim's purse
**32. Physical / Clothing Description:** Unknown at this time

**51. Weather:** CLEAR
**55. Evidence:** None
**64. Crime Status:** ACTIVE
**65. Case Status:** INVESTIGATION

**73. Narrative:**

On 10/2/13 at 1441 hrs I, P.O. Colon#2403 (E202), responded to Pronti Group, management located at 192 Christopher Columbus Dr. for a report of a theft.

Upon arrival I was met by the victim, Mrs. Maryrose Goba who stated that she responded to Pronti Group, Management to complain about the conditions of the apartment she rented. Mrs. Goba also stated that while in the office the secretary, Marylou, gave her a piece of paper with the Managers contact information so she can speak to him personally. Mrs. Goba stated that once she recieved the paper she placed it in her purse then left the office. Mrs. Goba stated that she realized she forgot her purse and when she returned to the office to get it, it was gone.

Mrs. Goba's bag is described as a White and Brown Louis Vuitton bag (unknown on value) which contained 2 passports (one which belongs to her son Eugene Kolea DOB 9/7/90), 2 bank cards (one Bank of America and one Capitol One), a social security card (which belongs to her son Eugene Kolea DOB 9/7/90), and her son's Identification card as well as his work

**74. Type the Rank, Name and Badge # of Reporting Officer(s):** COLON, A - POLICE OF: CER #2403
**76. Page:** Page 1 of 2
**77. Date of Report:** 10/02/2013 15:41
**78. TRU/DRU I D:** COLON, A
**79. Unit:** E202
**80. Event Number:** 13-225945
**81. Reviewed By:** MAJURY, R - SERGEANT

Requested by: 110719  Printed On: 10/8/2013  11:49