New York State Department of Taxation and Finance
## Certificate of Authority

**Identification number**
**TF-4148234**

(Use this number on all returns and correspondence)



**VALIDATED**

**12/1/2011**

Dept of Tax and Finance

MARIE-ROSE GOBA
SOUBRE BAZAR
18 FULTON AVENUE
18 FULTON AVE APT 43
JERSEY CITY NJ 07305-4130

is authorized to collect sales and use taxes under Articles 28 and 29 of the New York State Tax Law.
**Nontransferable**
This certificate must be prominently displayed at your place of business.
Fraudulent or other improper use of this certificate will cause it to be revoked.
The certificate may not be photocopied or reproduced.

40201091000098        1DB8 - 3360635    P0000011 - 01

Photographs - copyright of NYS Empire State Development

DTF-17-A (9/10)